**In the matter of the Petition of George Checkesfield.**

**On Appeal of George Checkesfield, Appellant, v. Ethel McKernan, Appellee.**

**Gen. No. 19,333.   (Not to be reported in full.)**

Appeal from the County Court of Cook county; the Hon. FRANK G. PLAIN, Judge, presiding.  Heard in this court at the March term, 1913.  Affirmed.  Opinion filed May 4, 1914.

### Statement of the Case.

Petition by George Checkesfield in the County Court to be released from imprisonment after being arrested upon a *ca. sa.* issued on a judgment recovered against him by Ethel McKernan in a suit for malicious prosecution.  From an order denying his petition and remanding him to the custody of the sheriff, petitioner appeals.

GEORGE REMUS and JAMES T. DEVERE, for appellant.

POMEROY & MARTIN, for appellee.

Bittins v. Calumet & South Chicago Ry. Co., 186 Ill. App. 138.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

EXECUTION, § 294*—*when denial of petition for release from imprisonment under a ca. sa. proper.* On appeal from an order denying a petition for release from imprisonment under a *ca. sa.* issued on a judgment recovered against the petitioner in a suit for malicious prosecution, *held* that malice was the gist of such action and that the petition was properly denied.